SOPHRONIA B. HIGGINS

*vs.*

LEWISTON, AUGUSTA AND WATERVILLE STREET RAILWAY.

Sagadahoc County. Decided September 29, 1910. Action on the case to recover damages for personal injuries sustained by the plaintiff, who was a passenger on one of the defendant's cars, when she alighted from the car and in doing so her feet slipped from the lower step of the car and caused the injuries complained of. The plaintiff claimed that the cause of her fall was the slippery condition of the step from snow and ice which the defendant had negligently allowed to accumulate and remain on the step. Verdict for plaintiff for $2300. Defendant moved for a new trial. Motion overruled. *A. H. Stetson, and Foster & Foster*, for plaintiff. *Newell & Skelton*, for defendant.

---

AMANDA F. HEATH *vs.* DIRIGO MUTUAL FIRE INSURANCE CO.

Somerset County. Decided October 18, 1910. Assumpsit brought by the plaintiff to recover of the defendant the sum of $1300 and interest upon a policy of insurance issued to Robert S. Brown and payable in case of loss to the plaintiff, as her mortgage interest may appear. The special matter of defense set up was that Brown represented and warranted in his application that there was no other insurance upon the premises that the warranty was in fact untrue. Verdict for plaintiff for $1384.50. Defendant moved for a new trial. Only two questions were raised, namely, the validity of the policy and the amount of the damages. Motion overruled. *Merrill & Merrill*, for plaintiff. *H. & W. J. Knowlton, L. R. Folsom, and Newell & Skelton*, for defendant.